# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALLSTATE LIFE INSURANCE COMPANY,**

      **Plaintiff,**

**v.**                                                                                                           **Case No:   6:15-cv-294-Orl-31TBS**

**STANLEY W. BURNS, INC. and STANLEY W. BURNS,**

      **Defendants.**

## ORDER

On September 12, 2014, Plaintiff filed suit against Stanley W. Burns, Inc. ("Agent") and Stanley W. Burns, individually ("Burns") (Doc. 1).   The Complaint alleged that the Agent was an Allstate agent pursuant to a written contract; and that Agent breached that contract (Count I).   As a result of that breach, Plaintiff seeks damages in the amount of $643,669.27.   As an alternative claim against Agent, Allstate seeks the same damages under the equitable remedy of unjust enrichment (Count II).   Plaintiff seeks the same relief—unjust enrichment in the amount of $643,669.27 against Burns (Count III).   Burns answered the Complaint (Doc. 63) and subsequently filed for bankruptcy (Doc. 67).   On October 28, 2015 the Court entered a stay as to Burns (Doc. 68).

Pursuant to the Order of Magistrate Judge Smith (Doc. 61), the Clerk entered default against Agent on July 14, 2015 (Doc. 62).   Thereafter, Plaintiff moved for entry of default judgment (Doc. 64) against Agent.   On September 28, 2015, Magistrate Judge Smith issued a Report and Recommendation recommending that the Motion be denied as premature (Doc. 65). Judge Smith reasoned that judgment should not be separately entered against Agent while the

claim against Burns was on-going.   Plaintiff has filed an objection to the Report and Recommendation (Doc. 66) contending that the claims against Agent and Burns are mutually exclusive, with no risk of inconsistent judgments.   However, Plaintiff has asserted the same unjust enrichment claim against both the Agent (Count II) and Burns (Count III).   Accordingly, Plaintiff's objection is without merit.   It is, therefore

**ORDERED** that Plaintiff's objection is OVERRULED**.**   The Report and Recommendation is CONFIRMED and ADOPTED as part of this Order.   Plaintiff's Motion for entry of Default Judgment against Agent is DENIED, without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party