# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALLSTATE LIFE INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                                            **Case No:   6:15-cv-294-Orl-31TBS**

**STANLEY W. BURNS, INC. and STANLEY W. BURNS,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Judgment against Defendant Stanley W. Burns, Inc. (Doc. No. 73), filed January 6, 2016.

On January 13, 2016, the United States Magistrate Judge issued a report (Doc. No. 75) recommending that the motion be granted. No objections have been filed.   Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED.**   On Count I of the Complaint, judgment will be entered in favor of Plaintiff and against Defendant Stanley W. Burns, Inc. in the amount of $630,188.53 as principal, together with interest in the amount of $11,973.58 through January 13, 2016, and interest in the per diem amount of $82.01 from January 13, 2016, through

the date judgment is entered.   The Court reserves jurisdiction to tax attorney's fees and costs. Thereafter, the Court will enter final judgment against this Defendant pursuant to Fed. Rules. Civ. Proc. 54(b), because there is no just reason for delay.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 2, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party