# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALLSTATE LIFE INSURANCE COMPANY,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　Case No:   6:15-cv-294-Orl-31TBS

**STANLEY W. BURNS, INC. and STANLEY W. BURNS,**

      **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Motion to Tax Attorneys' Fees and Costs (Doc. 78), filed February 16, 2016.

On April 14, 2016, the United States Magistrate Judge issued an amended report (Doc. 80) recommending that the motion be granted in part.   No objection to that report was filed.

Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.   The Motion to Tax Attorneys' Fees and Costs is **GRANTED in part**.   Plaintiff is hereby awarded against Defendant Stanley W. Burns, Inc. total fees in the amount of $131,718 and total costs in the amount of $815, itemized as follows:

(A) $116,552 in fees for work performed by the Taft firm;

(B) $15,166 in fees for work performed by the Gray firm;

(C) $400 in costs expended by the Taft firm; and

(D) $415 in costs expended by the Gray firm;

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 3, 2016.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party